UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM HOLBROOK,

        Plaintiff,                        Case No. 1:17–cv–219

v.                                   Hon. Hala Y. Jarbou

PRODOMAX AUTOMATION LTD.,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   In–Court Hearing
Date/Time:   November 24, 2021   09:00 AM
District Judge:   Hala Y. Jarbou
Place/Location:   128 Federal Building, Lansing, MI

*Hearing regarding settlement between Plaintiff and Defendant Prodomax.*

                                      HALA Y. JARBOU
                                      United States District Judge

Dated:  November 8, 2021      By:   /s/ James E. Puzzuoli
                                            Case Manager