# SMITH HAUGHEY
## RICE & ROEGGE
### ATTORNEYS AT LAW

**Matthew L. Wikander**
Direct: 616-458-8605
mwikander@shrr.com

100 Monroe Center NW
Grand Rapids, MI 49503-2802
Phone: 616-774-8000  Fax: 616-774-2461

November 24, 2021

Hon. Hala Y. Jarbou
United States District Court
138 Federal Bldg & US Post Office
315 W Allegan St
Lansing MI 48933

RE:   Holbrook v. Prodomax Automation Ltd., et al.
      Case No. 1:17-cv-00219
      Our File No. 200100

Dear Judge Jarbou:

Pursuant to your request at the hearing this morning, attached are the signed Waiver and Consent Forms for:  Oliver Holbrook, Julie Mekhayel, Caitlin Veldkamp, and Tena Elzinga.

Very truly yours,

*/s/ Matthew L. Wikander*

Matthew L. Wikander


MLW:kll
Attachments

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM HOLBROOK, Personal
Representative of the Estate of Wanda
Holbrook,

    Plaintiff,

v

PRODOMAX AUTOMATION LTD., et al.,

    Defendants.

Case No. 1:17-cv-00219

Hon. Hala Y. Jarbou

## WAIVER AND CONSENT

My name is Oliver Holbrook. I am interested in this matter as the son of Wanda Holbrook, Deceased, and a person who may be entitled to damages under the Michigan Wrongful Death Act.

I declare that I have received a copy of Plaintiff's Motion for Authority to Settle Wrongful Death Claim and Distribute Settlement Proceeds (the "Motion"), the Confidential Distribution Schedule, and Notice of Hearing. I waive notice of the hearing on the Motion and I consent to the Motion. I am familiar with the proposed distribution of the settlement proceeds set forth in the Confidential Distribution Schedule referenced in the Motion and consent to the same.

DATED: November 23, 2021

_____
Oliver Holbrook
933 N. Union Street
Fremont, NE 68025

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

SHRR\5370256v1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM HOLBROOK, Personal
Representative of the Estate of Wanda
Holbrook,

    Plaintiff,

v

PRODOMAX AUTOMATION LTD., et al.,

    Defendants.

Case No. 1:17-cv-00219

Hon. Hala Y. Jarbou

## **WAIVER AND CONSENT**

My name is Julie Mekhayel. I am interested in this matter as the daughter of Wanda Holbrook, Deceased, and a person who may be entitled to damages under the Michigan Wrongful Death Act.

I declare that I have received a copy of Plaintiff's Motion for Authority to Settle Wrongful Death Claim and Distribute Settlement Proceeds (the "Motion"), the Confidential Distribution Schedule, and Notice of Hearing. I waive notice of the hearing on the Motion and I consent to the Motion. I am familiar with the proposed distribution of the settlement proceeds set forth in the Confidential Distribution Schedule referenced in the Motion and consent to the same.

DATED: November 22, 2021

_____
Julie Mekhayel
2416 Cogswell Drive
Lansing, MI 48906-3615

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

SHRR\5370374v1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM HOLBROOK, Personal
Representative of the Estate of Wanda
Holbrook,

    Plaintiff,

v

PRODOMAX AUTOMATION LTD., et al.,

    Defendants.

Case No. 1:17-cv-00219

Hon. Hala Y. Jarbou

## WAIVER AND CONSENT

My name is Caitlin Veldkamp. I am interested in this matter as the daughter of Wanda Holbrook, Deceased, and a person who may be entitled to damages under the Michigan Wrongful Death Act.

I declare that I have received a copy of Plaintiff's Motion for Authority to Settle Wrongful Death Claim and Distribute Settlement Proceeds (the "Motion"), the Confidential Distribution Schedule, and Notice of Hearing. I waive notice of the hearing on the Motion and I consent to the Motion. I am familiar with the proposed distribution of the settlement proceeds set forth in the Confidential Distribution Schedule referenced in the Motion and consent to the same.

DATED: November 23, 2021

_____
Caitlin Veldkamp
179 Washington Street
Vermontville, MI 49096

SHRR\5370375v1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

WILLIAM HOLBROOK, Personal
Representative of the Estate of Wanda
Holbrook,

    Plaintiff,

v

PRODOMAX AUTOMATION LTD., et al.,

    Defendants.

Case No. 1:17-cv-00219

Hon. Hala Y. Jarbou

---

## WAIVER AND CONSENT

My name is Tena Elzinga. I am interested in this matter as the sister of Wanda Holbrook, Deceased, and a person who may be entitled to damages under the Michigan Wrongful Death Act.

I declare that I have received a copy of Plaintiff's Motion for Authority to Settle Wrongful Death Claim and Distribute Settlement Proceeds (the "Motion"), the Confidential Distribution Schedule, and Notice of Hearing. I waive notice of the hearing on the Motion and I consent to the Motion. I am familiar with the proposed distribution of the settlement proceeds set forth in the Confidential Distribution Schedule referenced in the Motion and consent to the same.

DATED: November 18, 2021

_____
Tena Elzinga
12 Riverview
Vergennes, VT 05491-9076

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

SHRR\5370382v1